PEOPLE *v.* E. REMINGTON & SONS.

*In re* NATIONAL HERKIMER COUNTY BANK.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order affirmed, with $10 costs and disbursements. See 6 N. Y. Supp. 796; 8 N. Y. Supp. 31, 34; 12 N. Y. Supp. 824, 829.

---

NEW YORK, L. & W. RY. CO., Appellant, *v.* BENNETT *et al.*, Respondents.

*(Supreme Court, General Term, Fifth Department. January 23, 1891.)*

No opinion. Appeal dismissed, with $10 costs and disbursements, on the ground that the appellant accepted a substantial concession made by the respondents as a condition of obtaining the order appealed from.

---

ABELL *et al.*, Appellants and Respondents, *v.* BRADNER *et al.*, Appellants and Respondents.

*(Supreme Court, General Term, Fifth Department. January 23, 1891.)*

No opinion. Ordered, that the case be referred back to the same referee, previously appointed herein, to take such proofs as may be offered, and to ascertain and report to this court what avails of personal property, if any, have come to the hands of the defendant Bradner, as administrator of the estate of David H. Abell, deceased, which are applicable to and should be charged against the payment by him of the equitable liens and claims upon the real estate in question which are allowed by the judgment from which these appeals are taken. Order to be settled by the presiding justice.

---

WEISMILLER, Respondent, *v.* NEW YORK CENT. & H. R. R. CO., Appellant.

*(Supreme Court, General Term, Fifth Department. January 23, 1891.)*

No opinion. Judgment and order appealed from reversed, upon payment by the defendant of the costs of the circuit at which the case was tried, and of this appeal, and a new trial granted.

---

SEYMOUR, Respondent, *v.* VILLAGE OF SALAMANCA, Appellant.

*(Supreme Court, General Term, Fifth Department. January 23, 1891.)*

No opinion. Judgment and order appealed from affirmed.

---

FRANK, Respondent, *v.* BATTEN, Appellant.

*(Supreme Court, General Term, Fifth Department. January 23, 1891.)*

No opinion. Judgment and order appealed from affirmed, on opinion in the same case on former appeal. See 1 N. Y. Supp. 705.

---

*In re* SMITH *et al.*

*In re* HERRICK'S ESTATE.

*(Supreme Court, General Term, Fifth Department. January 23, 1891.)*

No opinion. Decree of the surrogate of Monroe county affirmed, on the opinion of the surrogate, (12 N. Y. Supp. 105,) with costs to the respondent, payable out of the fund.